IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:22CR70 |
| vs. | ) | |
| JAMES LEE POKORNY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Motion to Continue Trial [19]. Counsel needs additional time to simultaneously discuss possible resolutions of this case with the U.S. Attorney's Office and prepare for trial. Counsel for defendant has indicated a continuance would substantially increase the probability that this case is resolved short of trial and alternatively, it would provide the parties with an opportunity to best frame the issues. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [19] is granted, as follows:

1. The jury trial now set for May 16, 2022 is continued to **July 25, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 25, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** May 12, 2022.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**