IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR70 |
| vs. | ) | |
| JAMES LEE POKORNY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Restricted Motion [45]. After a telephone conference with counsel, the undersigned magistrate judge finds good cause for the requested continuance in order to allow the defendant sufficient time to resolve the matter or further prepare for trial. Accordingly,

**IT IS ORDERED** that the Unopposed Restricted Motion [45] is granted, as follows:

1. The jury trial now set for May 1, 2023 is continued to **July 17, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 17, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: May 4, 2023.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**